IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LaWAYNE NATT                                                                                           PLAINTIFF
ADC #119599

V.                                          NO: 5:09CV00374 JMM/HDY

DONALD TATE *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction (docket entry #9) is DENIED.

DATED this 5th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE