**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LaWAYNE NATT                                                                                                    PLAINTIFF
ADC #119599

V.                                              NO: 5:09CV00374 JMM

DONALD TATE *et al.*                                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against Defendants Donald Tate, Gaylon Lay, Larry Norris, Jrod Price, Danny Burl, and Darren Dill, and with prejudice with respect to his claims against Defendants Eddie Knight and Climestene Owens; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE